# Court of Appeals
# of the State of Georgia

ATLANTA,  August 02, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0004.  RHETT v. WILLFORD.**

Appellant Andrea Rhett has filed an emergency "motion to stay writ of possession" with this Court. Upon consideration of this motion, it is hereby DENIED. Appellant has previously filed essentially the same motion twice, see Case No. A25E0002 and A25E003, both of which were also denied.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  08/02/2024*

> *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

> *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*